**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02309-MSK-CBS

RAE LUCERO,

        Plaintiff,

v.

ASSOCIATED CREDITORS EXCHANGE, INC., an Arizona corporation,

        Defendant.

---

NOTICE OF SETTLEMENT

---

        COMES NOW the Plaintiff and the Defendant by and through their counsel of record and for their Notice of Settlement, hereby state as follows:

1.      The Plaintiff and the Defendant have reached a settlement.

2.      The Parties will be filing a Stipulation of Dismissal with Prejudice once the Plaintiff has received the settlement funds and the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by February 20, 2009.

Dated: February 2, 2009.

Respectfully submitted,

| s/ David M. Larson | s/ Laura A. Hass |
|---|---|
| David M. Larson, Esq. | Laura A. Hass, Esq. |
| 405 S. Cascade Avenue, Suite 305 | Treece, Alfrey, Musat & Bosworth, P.C. |
| Colorado Springs, CO 80903 | 999 18th Street, Suite 1600 |
| (719) 473-0006 | Denver, CO 80202 |
| Attorney for the Plaintiff | (303) 292-2700 |
| | Attorneys for the Defendant |